UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re MGM MIRAGE SECURITIES LITIGATION<br><br><br>This Document Relates to:<br>　　ALL ACTIONS. | No. 2:09-cv-01558-GMN-LRL<br><br>CLASS ACTION |

## ORDER GRANTING LEAD PLAINTIFFS' MOTION FOR SUBSTITUTION OF DEFENDANT

Upon consideration of Lead Plaintiffs' Motion for Substitution of Defendant, and good cause appearing therefore,

**IT IS HEREBY ORDERED THAT**:

1. The Motion for Substitution of Defendant is GRANTED; and

2. Mrs. Deborah Hower Lanni, as Co-Executor of the Estate of J. Terrence Lanni, is substituted for J. Terrence Lanni as a defendant in this action.

**IT IS SO ORDERED** this 29th day of March, 2013.

_____
Gloria M. Navarro
United States District Judge